Sept. 20-2019

U.S.'s Federal Eastern Div. Court of La.

19-12949
SECT. T MAG. 5

Columbus Chris Williams & Family, Wife Mildred Parker Williams

vs

(1) New York Times Newspaper, its Editor, CEO, President,

(2) Houma Courier Newspaper & its Editor, CEO,

p. 1 of 8

TENDERED FOR FILING
SEP 30 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

and Owners.

(3) Doctor Harold Conrad of the Terrebonne Parish's 32nd J.D.C.'s Mental Health Doctor

(4) Attorney Charles Gary Blaize

## FACTS

I was placed in custody at the T.P.C.J.C. Jail when Dr. Conrad & my Attorney gave the Houma

p. 2 of 8

Courier Newspaper Front page that I was a Very Serious Mentally Ill or Suffered with Serious "BIPOLAR DISORDERS". I had NEVER Given & Could "NOT" Have Given Anyone, the Doctor or the Attorney the Rights To Put My Very Private Mental Illnesses Problems to Print or Given Out to

p. 3 of 8

The General Public, in Both Terrebonne Parish & Lafourche Parish.

<u>AWARD</u>

Me and My Wife and Children & Grand Children are Requesting Seperately $555,000,000.00 Each Plaintiff., Court Costs or Any Other Costs To Be Paid By Defendants. Also Any Attorney(s) Fees

p. 4 of 8

if I am Forced to get Attorneys Plus Interest from Date of Demand.

Also Any Defendants's Life or Liability Insurance Are Defendants.

<u>Services</u>

(1) New York Times Newspaper & it's President, Editor or CEO Can Be

p. 5 of 8

Served Through the La.'s Sec't of State's Office in Baton Rouge.

(2) The Houma Courier Newspaper Can Be Served Through the Terrebonne Parish's Sheriff's Office, Depart. of Service at 7856 West Main St. First (1st) Floor Courthouse Annex, Houma, La. Courier is at 3030 Barrow St. or the

p. 6 of 8

Courier is at 3000 Block of Barrow St, Houma, La

* Also as a Defendant is the Young Jane Doe Female that was Working as Editor for the Houma Courier Newspaper at 3030 Barrow St., Houma. She is a 100% Defendant Each, Every & "ALL" are 100% Defendant are Defendants Individually,

p. 7 of 8

PERSONALLY" and also "Defendants Responeat Superior, and Any Liability Insurance they had at the Time is/are Also 100% Defendants.

I "WAS NEVER LEGALLY, FORMALLY" or "CONSTITUTIONALLY ARRESTED" in this Action.

Respectfully

Caleb Ch Willis

p. 8 of 8



Columbus Chris Williams; 293144
E.H.C.C.; SNU – Room 5
P.O.B. 174
St. Gabriel
70776-0174

Five (5) Civil
Suits

Legal
Mail

To: U.S.'s Federal Dist. Court
Eastern Div. of Louisiana
500 Poydras St.
Room C-151
N.O., La.

70130

